IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-580-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ALLOWING MOTION** |
| v. ) | **TO SEAL MOTION TO STAY** |
| ) | **CIVIL DISCOVERY AND ITS** |
| VARIOUS AMOUNTS OF U.S. CURRENCY ) | **SUPPORTING MEMORANDUM** |
| TOTALING $14,530.00 SEIZED FROM ) | **OF LAW** |
| THE FOLLOWING LOCATIONS WITHIN ) | |
| A G MINI MARKET, WILSON, ) | |
| NORTH CAROLINA: (1) $99.00 IN THE ) | |
| SAFE, (2) $643.00 IN THE CASH ) | |
| REGISTER(S), (3) $188.00 FOUND IN ) | |
| THE VGM, (4) $50.00 FOUND ON FRONT ) | |
| COUNTER, AND (5) $13,600.00 IN ) | |
| BLUE BANK BAG ON THE FLOOR BEHIND ) | |
| REGISTER, ) | |
| ) | |
| Defendants. ) | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the United States' Motion to Stay Civil Discovery and its supporting memorandum of law, filed herein, be sealed until further order of this Court. However, with the

1

exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimant upon request.

SO ORDERED.

This  3  day of ~~March~~ april, 2015.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge

2