IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-580-BO

UNITED STATES OF AMERICA,
 Plaintiff,

v.

VARIOUS AMOUNTS OF U.S. CURRENCY
TOTALING $14,530.00 SEIZED FROM THE
FOLLOWING LOCATIONS WITHIN
AG MINI MARKET, WILSON, NORTH
CAROLINA, *et al.*

## ORDER

This matter is before the Court on Claimants' Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Response of the Claimants filed at D.E. 18 shall be sealed.

SO ORDERED.

This the 3 day of April, 2015.

Terrence Boyle